UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TINA LEEPER,

                        Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

CASE NO. C14-5369 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable John L. Weinberg, United States Magistrate Judge (Dkt. 20), and
Plaintiff Tina Leeper's ("Leeper") objections to the R&R (Dkt. 21).

On November 11, 2014, Judge Weinberg issued the R&R recommending that the
Court affirm the Administrative Law Judge's ("ALJ") finding that Leeper is not disabled.
Dkt. 20.  On December 1, 2014, Leeper filed objections.  Dkt. 21.  On December 15,
2014, the Government responded.  Dkt. 22.

The district judge must determine de novo any part of the magistrate judge's
disposition that has been properly objected to. The district judge may accept, reject, or

1  modify the recommended disposition; receive further evidence; or return the matter to the

2  magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).

3       In this case, Leeper's three objections are identical to the arguments she presented

4  to Judge Weinberg.  *Compare* Dkt. 16 *with* Dkt. 21.  First, Leeper contends that the ALJ

5  did not provide legally sufficient reasons to reject Dr. Bolton's opinion.  Dkt. 21 at 1.  An

6  ALJ may only reject a treating physician's contradicted opinions by providing "specific

7  and legitimate reasons that are supported by substantial evidence."  *Ryan v. Comm'r of*

8  *Soc. Sec.*, 528 F.3d 1194, 1198 (9th Cir. 2008).  The ALJ rejected Dr. Bolton's opinion

9  that Leeper was moderately to significantly impaired in her ability to engage in social

10  interactions because it was not supported by the record and it was not supported by Dr.

11  Bolton's own report.  Tr. 25.  Judge Weinberg found that the ALJ's reasons were

12  "specific, legitimate, and supported by substantial evidence in the record."  Dkt. 20 at 8.

13  Leeper has failed to show that this finding is objectionable.  The ALJ specifically

14  addressed the extent of Leeper's social interactions as well as why Dr. Bolton's own

15  report contradicted itself.  Tr. 22, 25.  Therefore, the Court adopts the R&R on this issue.

16       Second, Leeper contends that the ALJ did not provide clear and convincing

17  reasons for discrediting Leeper.  Dkt. 21 at 4–6.  As Judge Weinberg found, the Court

18  finds that the ALJ gave numerous clear and convincing reasons for discounting Leeper's

19  credibility.  Tr. 22–23.  Therefore, the Court adopts the R&R on this issue.

20       Third, Leeper contends that the ALJ did not provide sufficient reasons to reject the

21  opinion of nurse Coral Cates.  Dkt. 21 at 6–7.  On this issue, Judge Weinberg found that

22  Leeper did "not demonstrate harm" in the ALJ's assessment of Ms. Cates and that Leeper

ORDER - 2

1   failed to show that Nurse Cates's finding of impairments were "greater than those the

2   ALJ allowed for in [the residual functioning capacity]."  Dkt. 20 at 6–7.  Leepers fails to

3   show anything objectionable with Judge Weinberg's findings.

4       Therefore, the Court having considered the R&R, Leeper's objections, and the

5   remaining record, does hereby find and order as follows:

6       (1)     The R&R is **ADOPTED**;

7       (2)     The ALJ's decision is **AFFIRMED**; and

8       (3)     This action is **DISMISSED**.

9   Dated this 14th day of January, 2015.

10

11  _____

12  BENJAMIN H. SETTLE
    United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 3